IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| KURLEY JOHNSON, TDCJ No. 1888246, | § § § | |
| Petitioner, | § § | |
| v. | § § | Civil Action No. 7:19-cv-047-O-BP |
| LORIE DAVIS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § § | |
| Respondent. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AS MODIFIED HEREIN

The United States Magistrate Judge has entered his Findings, Conclusions, and Recommendation. ECF No. 9. Petitioner did not file objections to the Recommendation. The Magistrate Judge recommends that this habeas action be dismissed with prejudice as time-barred. *See id.* The District Court reviewed the Findings, Conclusions, and Recommendation for plain error. Finding no error, I am of the opinion that the findings of fact, conclusions of law, and reasons for dismissal set forth in the Magistrate Judge's Recommendation are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, this action is **DISMISSED** with prejudice as **TIME-BARRED**.

**SO ORDERED** this **29th day** of **October 2019.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE